IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      )
ex rel. Alan Stewart,          )
                               )
     Plaintiffs,               )
                               )    CIVIL ACTION NO.
     v.                        )    2:14cv1121-MHT
                               )         (WO)
GENTIVA HEALTH SERVICES,       )
INC.,                          )
                               )
     Defendant.                )
```

ORDER

The United States of America having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is ORDERED as follows:

(1) The complaint (doc. no. 1) is unsealed and is to be served upon the defendant by the relator.

(2) All other contents of the court's file in this action are to remain under seal and not be made public or served upon the defendant, except for this order and the government's notice of election to decline intervention (doc. no. 28), which the relator shall

serve upon the defendant only after service of the complaint.

(3) The seal is lifted as to all other matters occurring in this action after the date of this order.

(4) The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3); and the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

(5) The parties shall serve all notices of appeal upon the United States.

(6) All orders of this court shall be sent to the United States.

(7) Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

DONE, this the 10th day of July, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**