IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. Alan Stewart, )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>GENTIVA HEALTH SERVICES, )<br>INC., )<br>    )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:14cv1121-MHT<br>(WO) |

### ORDER

Upon consideration of the relator's notice of voluntary dismissal (doc. no. 31) of Counts One through Three and Count Five of relator's first amended complaint, and the government's consent to said dismissal (doc. no. 33), and in light of the filing of the second amended complaint (doc. no. 32), it is ORDERED that Counts One through Three and Count Five of relator's first amended complaint (doc. no. 19) are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of October, 2017.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**